[No. 901-3.    Division Three.    December 30, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE EUGENE STANDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. C-1497, Philip H. Faris, J., entered June 8, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1521-3.    Division Three.    January 5, 1976.]

*In the Matter of the Application for a Writ of Habeas Corpus of* CHARLES EDWARD WILKES, *Appellant*, v. HAROLD B. BRADLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 65199, Albert N. Bradford, J., entered April 22, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3699-1.    Division One.    January 5, 1976.]

JOHNNIE J. GREENE, *Appellant*, v. SEATTLE CENTRAL COMMUNITY COLLEGE, ET AL, *Respondents*.

Certiorari to review a judgment of the Superior Court for King County, No. 791952, James J. Dore, J., entered March 25, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Andersen, JJ.

[No. 3246-1.    Division One.    January 5, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. VERN LEROY RICH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6621, Thomas G. McCrea, J., entered July 16, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.